| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

RECEIVED
UNITED STATES MARSHAL
2018 SEP 11 PM 1:59
SOUTHERN DIST. S/TX

Southern District of Texas
FILED
SEP 25 2018
David J. Bradley, Clerk of Court

| PLAINTIFF<br>Quintina Richardson | COURT CASE NUMBER<br>4:18cv1707 |
|---|---|
| DEFENDANT<br>United Airlines | TYPE OF PROCESS<br>Summons/ Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED AIRLINES c/o CT Corporation System
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1999 Bryan Street, Suite 900  Dallas, Texas  75201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Quintina A Richardson
P O Box 3503
Humble, Texas  77347

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>832-588-7432 | DATE<br>9/10/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>09/11/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>09/17/18 | Time<br>10:10 | ☒ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>0 | Total Mileage Charges including *endeavors*<br>0 | Forwarding Fee<br>$8.00 | Total Charges<br>$8.00 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: USPS Tracking # 7015 1730 0000 0250 4416

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Chris Wells    C. Date of Delivery: SEP 17 '18<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>United Airlines<br>c/o CT Corporation System<br>1999 Bryon Street<br>Suite 900<br>Dallas, Texas 75201 | 3. Service Type<br>☑ Certified Mail     ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7015 1730 0000 0250 4416 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box

RECEIVED
UNITED STATES MARSHAL
2018 SEP 24 PM 3: 57
SOUTHERN DIST. S/TX

United States Marshals Service
515 Rusk Avenue
Suite 10002 - 10th Floor
Houston, Texas 77002
Civil Department

4-18-cv-1707