UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Quintina Richardson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-18-1707 |
| | § | |
| United Airlines, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

On October 31, 2019, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 92) recommending that the court grant United Airlines' motion for summary judgment (D.E. 77). Richardson did not file objections.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas on November **26**, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1